

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ESTEBAN MANZASNARAS-WENCES, | § | No. 08-23-00108-CR |
| Appellant, | § | Appeal from the |
| v. | § | 216th Judicial District Court |
| THE STATE OF TEXAS, | § | of Gillespie County, Texas |
| Appellee. | § | (TC# DC8126) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF MARCH 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.